**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
GENERAL RE LIFE CORPORATION,

                Petitioner,                           23 **CIVIL** 5219 (ALC)

      -v-                                    **<u>JUDGMENT</u>**

AMERICAN GENERAL LIFE INSURANCE
COMPANY,

                Respondent.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 28, 2024, the Parties' motions to seal, ECF Nos. 5, 12, 16, and 24 are DENIED and Gen Re's Petition to Confirm the Arbitration Award is GRANTED. Accordingly, the case is closed.

**Dated:**  New York, New York

      March 28, 2024

                                                   **RUBY J. KRAJICK**
                                                    **Clerk of Court**

                            **BY:**
                                          _____
                                               **Deputy Clerk**